UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-11582-RWZ

LAMONT CHILDERS,
  PLAINTIFF

V.

NANCY WHITE, General Counsel
Department of Correction

### MOTION TO WITHDRAW COMPLAINT

Now comes the plaintiff, Lamont Childers, pro-se, and respectfully moves this Honorable Court to allow him to withdraw the above-captioned complaint for the following reasons:

(1). The plaintiff does not have the $150.00 dollars filing fee, as stated in the application to proceed without prepayment of fees and affidavit.

(2). The complaint lacks an arguable basis in law.

(3). FOIA applies only to federal, not state agencies.

For the reasons stated herein this motion the plaintiff pray's this Honorable Court allows this motion and further waive any fee's and cost.

Respectfully Submitted

Lamont Childers, pro-se
MCI-NORFOLK UNIT 7-1
Post Office Box 43
Norfolk, Mass 02056-0043