UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

C.A. No. 04-11582-RWZ

Lamont Childers,
   PLAINTIFF,

V.

Nancy White, General Counsel
Department of Correction

PLAINTIFF'S AFFIDAVIT
IN SUPPORT OF THE MOTION TO WITHDRAW
COMPLAINT

I, Lamont Childers, hereby state the following as true to the best of my personal knowledge:

(1). I am the plaintiff in the above-captioned matter.

(2). On July 9, 2004, I filed the above-captioned complaint against Nancy White.

(3). I have found that I have no arguable basis in law to support my complaint in this matter.

(4). The FOIA applies only to federal, not state agencies.

(5). The plaintiff further states that he does not have the $150.00 dollars filing fee.

(2)

(6). For the reasons stated herein this affidavit and in the plaintiff's attached motion, the plaintiff pray's that the enclosed motion is hereby allowed.

I, Lamont Childers hereby sign this affidavit under the pains and penalties of perjury this __6__ day of August 2004.

 

Respectfully Submitted

*/s/ Lamont Childers*
Lamont Childers, pro-se
MCI-NORFOLK UNIT 7-1
Post Office Box 43
Norfolk, Mass 02056-0043

CERTIFICATE OF SERVICE
I hereby certify that
a true copy of the within
documents were served upon
Nancy White, General Counsel
by mailing copies of the
same postage prepayed this
__6__ day of August 2004