## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**LAMONT CHILDERS**
        **Plaintiff**

    **V.**

**NANCY ANKERS WHITE**
        **Defendant**

**CIVIL ACTION**

**NO.   04CV11582-RWZ**

### ORDER OF DISMISSAL

**ZOBEL, D. J.**

In accordance with the Court's allowance of the plaintiff's motion to withdraw the complaint on **8/19/04**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                       **By the Court,**

**8/20/04**                                          **s/ Lisa A. Urso**
**Date**                                              **Deputy Clerk**

**(Dismissal Endo.wpd - 12/98)** **[odism.]**

**(Dismissal Endo.wpd - 12/98)** **[odism.]**